UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ANTHONY BLUE,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>THE CITY OF NEW YORK, DISTRICT ATTORNEY CYRUS R. VANCE, Jr., ASSISTANT DISTRICT ATTORNEY ERICA O'BRIEN, and ANDRE WILLIAMS,<br><br>　　　　　　　　　　　　　　Defendants. | 16 Civ. 9990 (VSB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

　　　PLEASE TAKE NOTICE that the undersigned appears herein for Defendants DISTRICT ATTORNEY CYRUS R. VANCE, Jr., and ASSISTANT DISTRICT ATTORNEY ERICA O'BRIEN.  It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated:　New York, New York
　　　　April 18, 2017

　　　　　　　　　　　　　　　　　　　**CYRUS R. VANCE, JR.**
　　　　　　　　　　　　　　　　　　District Attorney, New York County
　　　　　　　　　　　　　　　　　　as Special Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　One Hogan Place
　　　　　　　　　　　　　　　　　　New York, New York 10013
　　　　　　　　　　　　　　　　　　(212) 335-9000 (telephone)
　　　　　　　　　　　　　　　　　　(212) 335-4390 (facsimile)


　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　Karen D. Edelman-Reyes
　　　　　　　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　　　　　　　　　Of Counsel

1