UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BLUE,

        Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

        Defendants.

RECEIVED
SDNY DOCKET UNIT
2017 MAY 16

16-CV-9990 (VSB)

DEFAULT JUDGMENT PROCEDURE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE, that the Plaintiff here in is seeking default judgment against all defendants in the above captioned case.

None of the defendants have responded in an answer or motion to dismiss within twenty-one days of the service of summons and complaint.

Plaintiff requests at this time a copy of all the pleadings, a copy of the affidavits of Service of the summons and complaints and a certificate of Default from the Clerk of Court, and any other documents Plaintiff must have to complete this Procedure.

Dated: New York, New York
       May 12, 2017

Anthony Blue
#15A4723
Box 2002
Dannemora, N.Y. 12929

Anthony Blue #15A4723
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

RECEIVED
SDNY DOCKET UNIT
2017 MAY 17 PM 3:33

Clinton ★ Correctional Facility

LEGAL MAIL

United States District Court
Southern District of New York
Pro se Office Room #230
500 Pearl Street
New York, New York 10007