UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ANTHONY BLUE,<br><br>Plaintiff,<br><br>- against -<br><br>THE CITY OF NEW YORK, DETECTIVE ANDRE WILLIAMS INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS EMPLOYEES OF THE CITY OF NEW YORK WHO ARE/WERE MEMBERS OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, DISTRICT ATTORNEY CYRUS R. VANCE and ASSISTANT DISTRICT ATTORNEY ERIN O'BRIEN,<br><br>Defendants. | | **DECLARATION OF KAREN EDELMAN-REYES**<br><br>16-CV-9990 (VSB) |

---

KAREN EDELMAN-REYES, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §7146, that the following is true and correct:

1. I am an Assistant District Attorney in the New York County District Attorney's Office. I represent the New York County District Attorney Cyrus R. Vance ("DA Vance") and Assistant District Attorney Erin O'Brien ("ADA O'Brien") in the above-captioned matter brought by plaintiff Anthony Blue.

2. I respectfully submit the exhibits listed below in support of DA Vance and ADA O'Brien's motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

| Exh. 1 | Decision, Findings of Fact and Conclusions of Law, issued by Hon. Bruce Allen, Justice of the Supreme Court, County of New York, State of New York, dated April 3, 2014. |
|---|---|

| Exh. 2 | New York County Criminal Court Complaint, dated August 28, 2012, signed by Detective Andre Williams. |
| --- | --- |
| Exh. 3 | Certified New York County Grand Jury Indictment, 1402/2013, dated March 25, 2013. |
| Exh. 4 | Warrant of Arrest, Supreme Court of the City of New York, County of New York, Indictment 1402/2013, for the arrest of Anthony Blue, dated March 25, 2013. |
| Exh. 5 | Waiver of Extradition, County of Duval, State of Florida, signed by Anthony Blue, dated May 16, 2013. |
| Exh. 6 | Communication from New York/New Jersey Regional Fugitive Task Force to PTS of America, LLC, dated May 30, 213. |
| Exh. 7 | New York County Supreme Court Omnibus Decision and Order, issued by Hon. Gregory Carro, Justice of the Supreme Court, dated August 14, 2014. |
| Exh. 8 | New York County Supreme Court Decision and Order, issued by Hon. Gregory Carro, Justice of the Supreme Court, dated November 13, 2013. |
| Exh. 9 | New York County Supreme Court Omnibus Decision, issued by Hon. Bruce Allen, Justice of the Supreme Court, dated March 18, 2015. |
| Exh. 10 | Supreme Court of the State of New York, New York County, Certificate of Disposition Indictment 1402/2013 filed 03/25/2013. |

Dated:   New York, New York
         June 16, 2017

By:

_____/s_____
Karen Edelman-Reyes
Assistant District Attorney