```
                SUPREME COURT OF THE STATE OF NEW YORK        NO FEE
                             NEW YORK COUNTY
                             100 CENTRE STREET
                             NEW YORK, NY 10013


                    CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 04/14/2017                     CERTIFICATE OF DISPOSITION NUMBER: 51373

PEOPLE OF THE STATE OF NEW YORK      CASE NUMBER:            01402-2013
              VS.                    LOWER COURT NUMBER(S):
                                     DATE OF ARREST:         06/12/2013
                                     ARREST #:               M13652559
                                     NYSID #:                7378905Y
                                     DATE OF BIRTH:          03/20/1975
BLUE,ANTHONY                         DATE FILED:             03/25/2013

            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 10/15/2015 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  BIBEN,E THEN A
JUSTICE OF THIS COURT.

BURGLARY 2nd DEGREE PL  140.25 02 CF
BURGLARY 2nd DEGREE PL  140.25 02 CF
BURGLARY 2nd DEGREE PL  140.25 02 CF
BURGLARY 2nd DEGREE PL  140.25 02 CF
BURGLARY 2nd DEGREE PL  140.25 02 CF

THAT ON 11/12/2015, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE
BIBEN,E  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

BURGLARY 2nd DEGREE PL  140.25 02 CF
IMPRISONMENT =    5 YEAR(S)
ORDER OF PROTECTION = 27 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
CONSECUTIVE TO: BURGLARY 2nd DEGREE PL  140.25 02 CF

BURGLARY 2nd DEGREE PL  140.25 02 CF
IMPRISONMENT =    5 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
CONSECUTIVE TO: BURGLARY 2nd DEGREE PL  140.25 02 CF

BURGLARY 2nd DEGREE PL  140.25 02 CF
IMPRISONMENT =    5 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
CONSECUTIVE TO: BURGLARY 2nd DEGREE PL  140.25 02 CF

BURGLARY 2nd DEGREE PL  140.25 02 CF
IMPRISONMENT =    5 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
CONSECUTIVE TO: BURGLARY 2nd DEGREE PL  140.25 02 CF
```

```
BLUE,ANTHONY                          01402-2013                          PAGE:    2

 BURGLARY 2nd DEGREE PL   140.25 02 CF
 IMPRISONMENT =    5 YEAR(S)
 POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)
 CONSECUTIVE TO: BURGLARY 2nd DEGREE PL   140.25 02 CF


CVAF = $25  (NOT PAID)
DNA  = $50  (PAID)
SURCHARGE = $300  (NOT PAID)



IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 04/14/2017.
```

_____
COURT CLERK