SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: PART 32
---------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK           :

              -against-                    :   <u>OMNIBUS DECISION and ORDER</u>

ANTHONY BLUE,                                     IND.# 1402/2013

              Defendant.                    :
---------------------------------------------------------------x
Justice Gregory Carro

**Discovery and Inspection:**   The application is granted to the extent provided by the People in the answer and Voluntary Disclosure Form except they shall disclose within five days of this date the search warrants authorizing a search of the defendant's cellular telephone, automobile and apartment, and search warrant applications. In the event that the People refuse to disclose these materials, thus depriving the defendant of an opportunity to move to suppress evidence recovered under the search warrant, the court shall hold a hearing to determine whether the search of the cellular telephone was lawful.

**Bill of Particulars:**   The application is granted to the extent provided by the People in their answer and Voluntary Disclosure Form.

**Brady:**   The People are reminded of their continuing duty to provide the defendant with any and all <u>Brady</u> material as soon as is practicable; as well as their duty to comply with the requirements of CPL 240.45.

**Suppression Hearings:**

    motion for a <u>Mapp</u> hearing is     granted__√__  denied____  N/A____

**Sandoval:**   Application referred to trial court.

**Indictment:**
    The motion to inspect the grand jury minutes is granted. Upon inspection, the court finds that the evidence was legally sufficient to support the charges (CPL 210.30). Therefore, the motion to dismiss the indictment is denied. The motion to release the grand jury minutes is denied.

**Prior Bad Acts:**   Application pursuant to CPL 240.43 is referred to the trial court.

The foregoing constitutes the decision and order of the court.

Dated: August 14, 2013
    **New York, N.Y.**

                                              Justice, Supreme Court