SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ANTHONY BLUE,
CARNONA PUELLO,

Defendants.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about May 15, 2012, knowingly entered and remained unlawfully in a building located at 711 West 171st Street, Apartment #47, with intent to commit a crime therein, and said building was a dwelling.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 1, 2012, knowingly entered and remained unlawfully in a building located at 630 West 172nd Street, Apartment #34, with intent to commit a crime therein, and said building was a dwelling.

DATE **APR 1 4 2017**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant Anthony Blue of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendant ANTHONY BLUE, in the County of New York, on or about June 5, 2012, knowingly entered and remained unlawfully in a building located at 245 Fort Washington Avenue, Apartment #4A, with intent to commit a crime therein, and said building was a dwelling.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 12, 2012, knowingly entered and remained unlawfully in a building located at 611 West 171st Street, Apartment #23A, with intent to commit a crime therein, and said building was a dwelling.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 13, 2012, knowingly entered and remained unlawfully in a building located at 280 Fort Washington Avenue, Apartment #34, with intent to commit a crime therein, and said building was a dwelling.

DATE  APR 1 4 2017
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 19, 2012, knowingly entered and remained unlawfully in a building located at 640 West 170th Street, Apartment #4D, with intent to commit a crime therein, and said building was a dwelling.

CYRUS R. VANCE, JR.
District Attorney

DATE **APR 1 4 2017**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

GJ #2-29

**2nd GRAND JURY**

**PART 1   MAR 25 2013**

Filed: N/A         N/A

No. 1402-2013

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ANTHONY BLUE,
CARNONA PUELLO,

                          Defendants.

**INDICTMENT**

BURGLARY IN THE SECOND DEGREE, P.L. §140.25(2), 5 Cts
BURGLARY IN THE SECOND DEGREE, P.L. §140.25(2) - DEF. A. Blue

CYRUS R. VANCE, JR., District Attorney

A True Bill

Foreman

DATE: APR 14 2017
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

Erica O'Brien
Trial Bureau 30