CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | FELONY |
| -against- | ADA O'BRIEN |
| | 212-335-9223 |
| 1. Anthony Blue (M 37) | ECAB # |
| 2. Carnona Puello (M 34) | 1577138 |
| Defendants. | |

Detective Andre Williams, shield 543 of the 033 Detective Squad, states as follows:

On August 27, 2012, at about 14:00 hours inside of 615 West 164th Street in the County and State of New York, the Defendants committed the offenses of:

1. PL110/140.25(2)   Attempted Burglary in the Second Degree
   (defendant #1: 1 count)
   (defendant #2: 1 count)

the defendants attempted to enter and remain unlawfully a dwelling with intent to commit a crime therein.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by an individual known to the District Attorney's Office that informant locked her apartment in the building located at the above-mentioned address on August 27, 2012, and that when she returned that day she was unable to open the door because an object was jammed inside of the lock.

Deponent is further informed by Sergeant Jolt Mena, shield # 651 of the 033 Detective Squad, that informant observed the defendants enter the building located at the above-mentioned address and exit a short time thereafter. Deponent is further informed that after the defendants exited the building, Sergeant Mena recovered a piece of thin metal with a jagged edge from defendant Puello's pants pocket and small round stickers that deponent knows are commonly used in burglaries to cover peepholes.

Deponent further states that deponent recovered from defendant Blue's vehicle a rubber glove and a box containing the same small round stickers that were recovered from defendant Puello's pants pocket.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- | FELONY ADA O'BRIEN 212-335-9223 |
|---|---|
| 1. Anthony Blue (M 37) 2. Carnona Puello (M 34)   ECAB # 1377138 | |
| | Defendants. |

Deponent further states that deponent reviewed surveillance footage from the lobby of the above-mentioned building, and that said footage shows both defendants entering the building together at the above-stated time and taking the stairs to a higher floor.

Deponent further states that defendant Puello stated in substance to deponent that he went inside of 615 West 164th Street to commit a burglary but that he did not complete the act because he was unable to get inside of the apartment.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____     08/28/12  2235
Deponent                     Date and Time

ACT 5 Version 4.3.5 Created on 08/28/12 10:09 PM