



**NEW YORK / NEW JERSEY
REGIONAL FUGITIVE TASK FORCE
88 10TH AVENUE THIRD FLOOR
NEW YORK, NY 10011
FAX 646-805-6991**

**To:** PTS of America, LLC

**From:** DETECTIVE JONATHAN REID
917-817-8266 CELL
jreid@nynjhidta.org EMAIL

**Date:** May 30, 2013

**Re:** Transport # 80233



**Comments:**
Please see attached copy of waiver of extradition and New York County Arrest Warrant for Anthony Blue (DOB: 03-20-1975, SSN: 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) currently incarcerated in Florida, Jacksonville (Duval County Jail) Sheriff's Office located at 500 East Adams Street, Jacksonville, Florida 32202. They can be reached via telephone at either 904-630-7192 or 904-630-1827. If there are any questions or concerns please don't hesitate to contact me at the number indicated above or my partner, Detective Kenneth Kearns at 646-210-4054.

Sincerely,

Detective Reid