## WAIVER OF EXTRADITION
FLORIDA STATUTE 941.26

FILED
MAY 16 2013

*Ronnie W. Fussell*
CLERK CIRCUIT COURT

**County of Duval**
**State of Florida**

I, **Anthony Blue** hereby acknowledge that I am the person wanted by the **State of New York** on a pending arrest warrant charging the crime of **Burglary.**

I hereby waive the issuance and service of a Florida Governor's Rendition (Extradition) Warrant and all other procedure incidental to extradition proceedings, and agree to remain in the custody of the Sheriff of Duval County, Florida and voluntarily return to said demanding state in the custody of any duly accredited agent of said state.

I hereby release Sheriff John Rutherford and/or any member of the Duval County Sheriff's Department from any liability relating to my arrest and custody in connection with the aforesaid charge(s).

*Anthony Blue*
**Fugitive's Signature**

I, the undersigned Judge of a Court of Records of the State of Florida, hereby certify that **Anthony Blue** personally appeared before me this date; that he/she was advised by me of his/her legal rights as provided for in Florida State Statute 941.10, and that he/she freely and voluntarily executed the above Waiver of Extradition in my presence, and in the presence of **Officer R. D. Nickerson** a Deputy Sheriff of Duval County, Florida.

The Sheriff of Duval County, Florida, is ordered to hold the said **Anthony Blue** in his custody without bail and forthwith deliver him/her together with an executed copy of this Waiver to the duly accredited agent or agents of the **State of New York.**

Witness my hand and Seal at Jacksonville, Duval County, Florida, this **16th** day of May A.D., 2013.

**Judge of the County Court**
**Duval County, Florida**

A TRUE COPY (Seal)
JOHN H. RUTHERFORD
Sheriff, Duval County, Fla.

Date 5-16-13  Time 1427
N. [signature] 1213
DEPUTY SHERIFF

Distribution:
Original-Clerks Office
Executed Copy - Sheriff's Department
Executed Copy - Agent(s) of Demanding State
Executed Copy - Extradition Coordinator, Tallahassee, FL.                    P-1012 Rev. 11/93