SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ANTHONY BLUE,
CARNONA PUELLO,

                               Defendants.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about May 15, 2012, knowingly entered and remained unlawfully in a building located at 711 West 171st Street, Apartment #47, with intent to commit a crime therein, and said building was a dwelling.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 1, 2012, knowingly entered and remained unlawfully in a building located at 630 West 172nd Street, Apartment #34, with intent to commit a crime therein, and said building was a dwelling.

DATE **APR 1 4 2017**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant Anthony Blue of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendant ANTHONY BLUE, in the County of New York, on or about June 5, 2012, knowingly entered and remained unlawfully in a building located at 245 Fort Washington Avenue, Apartment #4A, with intent to commit a crime therein, and said building was a dwelling.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 12, 2012, knowingly entered and remained unlawfully in a building located at 611 West 171st Street, Apartment #23A, with intent to commit a crime therein, and said building was a dwelling.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 13, 2012, knowingly entered and remained unlawfully in a building located at 280 Fort Washington Avenue, Apartment #34, with intent to commit a crime therein, and said building was a dwelling.

DATE **APR 1 4 2017**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendants of the crime of **BURGLARY IN THE SECOND DEGREE**, in violation of Penal Law §140.25(2), committed as follows:

The defendants in the County of New York, on or about June 19, 2012, knowingly entered and remained unlawfully in a building located at 640 West 170th Street, Apartment #4D, with intent to commit a crime therein, and said building was a dwelling.

CYRUS R. VANCE, JR.
District Attorney

DATE **APR 1 4 2017**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

GJ #2-29

**2nd GRAND JURY**

**PART 1   MAR 25 2013**

Filed:   N/A   N/A

No.

1402-2013

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ANTHONY BLUE,
CARNONA PUELLO,

Defendants.

INDICTMENT

BURGLARY IN THE SECOND DEGREE, P.L. §140.25(2), 5 Cts
BURGLARY IN THE SECOND DEGREE, P.L. §140.25(2) - DEF. A. Blue

DATE
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

APR 14 2017

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

CYRUS R. VANCE, JR., District Attorney

A True Bill

Erica O'Brien
Trial Bureau 30

Foreman